IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
EDWIN C. OAKS : CASE NO. 5:10 CV 2054
:
              Plaintiff, :
:
    -vs- : ORDER ADOPTING REPORT AND
: RECOMMENDATION AND
: REVERSING AND REMANDING
COMMISSIONER OF SOCIAL : COMMISSIONER'S DECISION
SECURITY :
:
              Defendant
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    Plaintiff Edwin C. Oaks challenges the Commissioner of Social Security's final determination denying his application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. This case was automatically referred to United States Magistrate Judge Kathleen B. Burke for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b). In her R&R, Magistrate Judge Burke recommends reversing the Commissioner's decision and remanding the matter for further proceedings.

    No party has objected to the Magistrate Judge's R&R. Therefore, it must be assumed that the parties are satisfied with it. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted. The Commissioner's final determination is reversed and the matter is remanded for further proceedings consistent with the Magistrate Judge's recommendation.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE